FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 17 2008 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK BROOKLYN OFFICE

-------------------------------------------------------------x

ANDRES SOTO,

                              Plaintiff,          NOTICE OF REMOVAL

       -against-                                  Civil Action No.

KRAFT FOODS GLOBAL, INC.  and
JOSEPH LAMBUSTA,

                              Defendants.

-------------------------------------------------------------x

KORMAN, J.

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ MAY POLLAK, M.J

BROOKLYN OFFICE

08 2413

       The petition of defendant Kraft Foods Global, Inc. ("Petitioner," "Kraft")

respectfully shows:

       1.       On or about January 7, 2008, Petitioner received by mail a copy of a

                Summons and Complaint in this action, pending in the Supreme Court,

                Kings County.  Copies of those papers are annexed hereto as Exhibit A.

       2.       On or after April 14, 2008, Petitioner by counsel received a copy of the Ad

                Damnum in this case establishing for the first time that the amount in

                controversy is in excess of $75,000, viz., $1,000,000.  The Ad Damnum

                is attached as Exhibit B.

       3.       This Notice of Removal is being filed within 30 days after receipt by

                petitioners of a copy of a paper that establishes diversity jurisdiction,

                and is timely filed under 28 U.S.C. § 1446 (b).

       4.       Petitioner's time to Answer or move with respect to the Complaint has not

                expired.

1

5.    Upon information and belief, plaintiff is a resident of the State of Pennsylvania, residing at 577 North Locust Street, Hazelton, Pennsylvania.

6.    Petitioner Kraft is a corporation organized and existing under the laws of the State of Virginia, with its principal place of business at Three Lakes Drive, Northfield, Illinois.

7.    Upon information and belief, defendant Lambusta is a resident of the State of New Jersey, residing at 71 Kettle Creek Drive, Brick, New Jersey.

8.    This action is a civil action in which plaintiff purports to allege personal injuries arising out of an automobile accident and seeks damages for such alleged injuries and alleged lost earnings and medical expenses.

9.    The matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

10.   This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and this action may be removed to this Court by petitioners, pursuant to the provisions of 28 U.S.C. § 1441(a).

WHEREFORE, petitioner Kraft respectfully requests that this action be removed to this Court.

Dated: New York, New York
       May 6, 2008

Janice Roven, Esq.
LAW OFFICE OF JANICE ROVEN
60 East 42nd Street, Suite 1411
New York, New York 10165
(212) 262-3280

# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

_____

CLAUDIO SCOTTI,

Plaintiff,

-against-

KRAFT FOODS GLOBAL, INC. and
JOSEPH LAMBUSTA,

Defendants.

_____X

SUMMONS

To the above named defendants:

   **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiffs' Attorney(s) within 20 days after the service of this summons, exclusive of the day of service, or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York,
          December 6, 2007

                                        SAMUEL I. LURIE P.C.

                                        Attorney for Plaintiff
                                        BY: GEORGE W. ECHERT
                                        475 Park Avenue South
                                        New York, New York 10016
                                        (212) 685-7411

Defendants' Addresses:

Kraft Foods Global, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, New York 10011

Joseph Lambusta
71 Kettle Creek Drive
Brick, New Jersey 08723-6650

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------
JOSEPH LURIE,



VERIFIED COMPLAINT

                                     Plaintiff

                -against-

KRAFT FOODS GLOBAL, INC., and
JOSEPH LAMBUSTA

                                     Defendants
-------------------------------------------------------------------X

Plaintiff, by his attorney, SAMUEL J. LURIE, respectfully alleges, upon information and belief:

1. On November 21, 2007, Utica Avenue and Lincoln Place were public highways in the County of Kings, City and State of New York.

2. At all the times mentioned herein, defendant, Kraft Foods Global, Inc. ("Kraft") was a foreign corporation organized and existing under the laws of the State of Delaware.

3. At all the times mentioned herein, defendant Kraft was authorized to do business in the State of New York.

4. At all the times mentioned herein, defendant Kraft regularly did business in the State of New York.

5. Defendant Kraft then owned a motor vehicle bearing plate number PVE2611 Ohio.

6. Defendant Joseph Lambusta ("Lambusta") then operated said motor vehicle.

7. Defendant Lambusta then operated said motor vehicle with the consent of defendant Kraft.

8. Defendant Lambusta then owned a motor vehicle bearing plate number PVE2611 Ohio.

9. [illegible text]

10. On [illegible] of said accident, defendant [illegible] was negligent [illegible] causing [illegible] accident.

11. Plaintiff, Andres Soto, sustained a serious injury as defined in Sec. 51 0(d) of the Insurance Law in said accident.

12. Solely as a result of defendants' negligence, plaintiff was personally injured, lost earnings and incurred medical expenses.

WHEREFORE, plaintiff demands judgment against defendants for personal injuries for a sum of money to reasonably and fairly compensate him for the damages sustained together with the costs and disbursements of this action.

Dated:   New York, New York
         December 6, 2007

Yours, etc.

SAMUEL J. LURIE
Attorney for Plaintiff
BY: GEORGE W. ILCHERT
475 Park Avenue South
New York, New York 10016
(212) 685-7411

KRAFT FOODS GLOBAL, INC. and JOSEPH LAMBERTI,

D. fendants

SUMMONS AND VERIFIED COMPLAINT

*SAMUEL J. LURIE*
Attorney for Plaintiff(s)
Office and P. O. Address
475 Park Avenue South - Room 2600
New York, New York 10016
(212) 685-7411

**PLEASE TAKE NOTICE:**

____ *Notice of Entry*

that the within is a true copy of an Order duly entered in the Office of the Clerk of the within named Court on

____ *Notice of Settlement*

that an Order of which the within is a true copy, will be presented for settlement to
HON.                          one of the Judges of the within named Court, at
on                     at 10:00 a.m.

Dated:

Yours, etc
*Samuel J. Lurie*
Attorney for Plaintiff
475 Park Avenue South - Room 2600
New York, New York 10016
(212) 685-7411

CERTIFICATION

I, GEORGE W. ILCHERT, certify that to the best of my knowledge, information and belief, after inquiry reasonable under the circumstances, the presentation of these papers and in contentions herein are not frivolous as defined in Section 130-1.1(c) of the Rules of the Chief Administrator and that this matter was not obtained through illegal conduct and the matter was not obtained in violation of 22 NYCRR 1200.41(a)[DR-1].

Date: December 6, 2007

SAMUEL J. LURIE
Attorney for Plaintiffs
BY: GEORGE W. ILCHERT

STATE OF NEW YORK, COUNTY OF NEW YORK                ss.

... in ..., any and all facts, reports, statements, documents, data, etc., in my file pertaining to this matter.

... plaintiff is that plaintiff is presently not in the County where deponent maintains his practice.

_____
SAMUEL I. BURLE
BY: GEORGE W. ECHERT

# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNY OF KINGS
-----------------------------------------------------------------------X
ANDRES SOTO,

                                    Plaintiff,

       -against-

KRAFT FOODS GLOBAL, INC., and
JOSEPH LAMBUSTA

                                  Defendant.
-----------------------------------------------------------------------X

Index No.: 45365/01

VERIFIED
ANSWER

Defendant, KRAFT FOODS GLOBAL, INC., by their attorneys, LAW OFFFICE OF JANICE G. ROVEN, hereby answer the plaintiff's Verified Complaint as follows:

FIRST:      Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs numbered 1, 6, 9 and 11 of the Verified Complaint.

SECOND:      Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs numbered 2, 3, 4 and 7 of the Verified Complaint and refers all questions of law to this Honorable Court and questions of fact to the jury.

THIRD:      Denies each and every allegation contained in paragraphs numbered 5, 8, 10 and 12 of the Verified Complaint.

## AS AND FOR ITS FIRST AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES

FOURTH:      Upon information and belief that whatever damages the plaintiff may have sustained at the time and place mentioned in the Verified Complaint were caused in whole or in part by the culpable conduct of the said plaintiff. The amount of damages recovered, if any, shall therefore be diminished in the proportion to which said culpable conduct, attributable to plaintiff, bears to the culpable conduct which caused said injuries.

## AS AND FOR ITS SECOND AFFIRMATIVE DEFNSE
## DEFENDANT ALLEGES:

FIFTH:        Upon information and belief, that the injuries and damages alleged were caused by the culpable conduct of some third person or person over whim answering defendant neither had not exercised control.

## AS AND FOR ITS THIRD AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES

SIXTH:        In the event Plaintiff recovers a verdict or judgment against the answering Defendant, then said verdict or judgment must be reduced pursuant to CPLR 4545(c) by those amounts which have been, or will, with reasonable certainty, replace or indemnify Plaintiff, in whole or in part, for any past or future claimed economic loss, from any collateral source.

## AS AND FOR ITS FOURTH AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES:

SEVENTH:   Upon information and belief this Court has not acquired in personam jurisdiction over answering defendant.

## AS AND FOR ITS FIFTH AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES

EIGHTH:        Upon information and belief this Court has not acquired subject matter jurisdiction over this matter.

**WHEREFORE**, the defendant, KRAFT FOODS GLOBAL, INC., hereby demands judgment dismissing the Verified Complaint together with all costs.

Dated: New York, New York
      February 11, 2008

Yours etc.,

Janice G. Roven
The Law Office of Janice G. Roven
Attorneys for Defendants
KRAFT FOODS GLOBAL, INC.,
60 East 42nd Street, Suite 1411
New York, New York 10165
(212) 262-3280

To:

Samuel J. Lurie
Attorney for Plaintiff
475 Park Avenue South
New York, New York 10016
(212) 685-7411

SUPREME COURT OF THE STATE OF NEW YORK
COUNY OF KINGS
-------------------------------------------------------------------X

ANDRES SOTO,                                                    Index No.: 45365/01

                                          Plaintiff,

        -against-                                              VERIFICATION

KRAFT FOODS GLOBAL, INC., and
JOSEPH LAMBUSTA

                                          Defendant.
-------------------------------------------------------------------X

        Janice G. Roven, Esq. being sworn deposes and says that she is a member of the Law Firm of
Janice G. Roven and that she has read the contents of the foregoing and that it is true of her own
knowledge, except as to the matters herein stated to be alleged on in formation and belief and that as to
those matters deponent believes to be true.

        ( ) That deponent makes this verification because the defendant resides outside of the county
where deponent maintains her office.

        ( ) That deponent makes this verification because defendant is a corporation and deponent is its
attorney and deponent's knowledge is based upon all facts and corporation records available and in
deponent's possession.

        (X) That deponent makes this verification because the Defendant maintains an office outside the
county wherein deponent maintains her office.

Dated:  New York, New York
        February 11, 2008




                                          _____
                                          Janice G. Roven

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                   ) s.s.:
COUNTY OF NEW YORK    )

        I, Ananka Medrano being duly sworn, depose and says :

        That I am over eighteen years of age and reside in New York, New York.

        That I am not a party to the action.

        That on **February 14, 2008** I personally served the within **Verified Answer** upon the

following person(s):

Samuel J. Lurie
Attorney for Plaintiff
475 Park Avenue South
New York, New York 10016

by personally depositing the aforementioned in a post paid properly addressed wrapper in an official

depository under the exclusive care and custody of the United States Postal Service within the State

of New York.

ANANKA MEDRANO

Sworn to Before Me on this
_____ day of February, 2008.

_____
Notary Public

SUPREME COURT OF THE STATE OF NEW YORK
COUNY OF KINGS
------------------------------------------------------------------X

ANDRES SOTO,

Index No.: 45365/01

Plaintiff,

-against-

VERIFIED
ANSWER

KRAFT FOODS GLOBAL, INC., and
JOSEPH LAMBUSTA

Defendant.
------------------------------------------------------------------X

Defendant, JOSEPH LAMBUSTA by their attorneys, LAW OFFFICE OF JANICE G.

ROVEN, hereby answer the plaintiff's Verified Complaint as follows:

FIRST:      Denies knowledge or information sufficient to form a belief as to the

allegations contained in paragraphs numbered 1, 2, 3, 4, 5, 9 and 11 of the Verified Complaint.

SECOND:      Denies knowledge or information sufficient to form a belief as to the

allegations contained in paragraphs numbered 7 of the Verified Complaint and refers all

questions of law to this Honorable Court and questions of fact to the jury.

THIRD:      Denies each and every allegation contained in paragraphs numbered 8, 10

and 12 of the Verified Complaint.

## AS AND FOR ITS FIRST AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES

FOURTH:      Upon information and belief that whatever damages the plaintiff may have

sustained at the time and place mentioned in the Verified Complaint were caused in whole or in

part by the culpable conduct of the said plaintiff.  The amount of damages recovered, if any, shall

therefore be diminished in the proportion to which said culpable conduct, attributable to plaintiff,

bears to the culpable conduct which caused said injuries.

## AS AND FOR ITS SECOND AFFIRMATIVE DEFNSE
## DEFENDANT ALLEGES:

FIFTH:    Upon information and belief, that the injuries and damages alleged were caused by the culpable conduct of some third person or person over whim answering defendant neither had not exercised control.

## AS AND FOR ITS THIRD AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES

SIXTH:    In the event Plaintiff recovers a verdict or judgment against the answering Defendant, then said verdict or judgment must be reduced pursuant to CPLR 4545(c) by those amounts which have been, or will, with reasonable certainty, replace or indemnify Plaintiff, in whole or in part, for any past or future claimed economic loss, from any collateral source.

## AS AND FOR ITS FOURTH AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES:

SEVENTH:   Upon information and belief this Court has not acquired in personam jurisdiction over answering defendant.

## AS AND FOR ITS FIFTH AFFIRMATIVE DEFENSE
## DEFENDANT ALLEGES

EIGHTH:    Upon information and belief this Court has not acquired subject matter jurisdiction over this matter.

**WHEREFORE**, the defendant JOSEPH LAMBUSTA hereby demand judgment dismissing the Verified Complaint together with all costs.

Dated: New York, New York
      February 11, 2008

Yours etc.,

_____
Janice G. Roven
The Law Office of Janice G. Roven
Attorneys for Defendant
JOSEPH LAMBUSTA
60 East 42nd Street, Suite 1411
New York, New York 10165
(212) 262-3280

To:

Samuel J. Lurie
Attorney for Plaintiff
475 Park Avenue South
New York, New York 10016
(212) 685-7411

SUPREME COURT OF THE STATE OF NEW YORK
COUNY OF KINGS
-------------------------------------------------------------------X

ANDRES SOTO,                                          Index No.: 45365/01

                                    Plaintiff,

       -against-                                      VERIFICATION

KRAFT FOODS GLOBAL, INC., and
JOSEPH LAMBUSTA

                                    Defendant.
-------------------------------------------------------------------X

       Janice G. Roven, Esq. being sworn deposes and says that she is a member of the Law Firm of
Janice G. Roven and that she has read the contents of the foregoing and that it is true of her own
knowledge, except as to the matters herein stated to be alleged on in formation and belief and that as to
those matters deponent believes to be true.

       ( ) That deponent makes this verification because the defendant resides outside of the county
where deponent maintains her office.

       ( ) That deponent makes this verification because defendant is a corporation and deponent is its
attorney and deponent's knowledge is based upon all facts and corporation records available and in
deponent's possession.

       (X ) That deponent makes this verification because the Defendant maintains an office outside the
county wherein deponent maintains her office.

Dated:  New York, New York
        February 11, 2008


                                          _____
                                          Janice G. Roven

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) s.s.:

COUNTY OF NEW YORK    )

       I, Ananka Medrano being duly sworn, depose and says :

       That I am over eighteen years of age and reside in New York, New York.

       That I am not a party to the action.

       That on **February 14, 2008** I personally served the within **Verified Answer** upon the

following person(s):

Samuel J. Lurie
Attorney for Plaintiff
475 Park Avenue South
New York, New York 10016

by personally depositing the aforementioned in a post paid properly addressed wrapper in an official

depository under the exclusive care and custody of the United States Postal Service within the State

of New York.

ANANKA MEDRANO

Sworn to Before Me on this
14th day of February, 2008.

Notary Public

Il