FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 0 5 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRES SOTO,

                                                Plaintiffs,

                                                **JURY VERDICT FORM**
   - against -                                          08 CV 2413 (CLP)

KRAFT FOODS GLOBAL, INC. and,
JOSEPH LAMBUSTA,

                                              Defendants.
------------------------------------------------------------------X

## PAST CONSCIOUS PAIN AND SUFFERING

1. Has the plaintiff Andres Soto proven by a preponderance of the evidence that he should be compensated for past conscious pain and suffering which he experienced as a result of the accident?

   ANSWER:  YES __X__   NO _____

   If your answer is "Yes," proceed to Question 2.
   If your answer is "No," proceed to Question 3.

2. Please indicate the amount awarded for conscious pain and suffering.

   ANSWER: $ __275,000__ (Indicate a dollar amount)

   Proceed to Question 3.

## FUTURE PAIN AND SUFFERING

3. Has the plaintiff Andres Soto proven by a preponderance of the evidence that he should be compensated for future pain and suffering which he will be likely to experience in the future as a result of the accident?

   ANSWER:  YES __√__   NO _____

   If your answer is "Yes," proceed to Questions 4-5.
   If your answer is "No," report to the Court.

4. Please indicate for what period of time you are awarding compensation for future pain

and suffering.

ANSWER: Period of years: __37__ years  LIFE EXPECTANCY

5. Please indicate the amount awarded for future pain and suffering.

ANSWER: $ __825,000__ (Indicate a dollar amount)

Report to the Court.

The jury foreperson is to sign and date the verdict form and advise the Marshal that a verdict has been reached.

_____     Date: __3/4/09__
Foreperson of the Jury

2